IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK C. SOMMER III, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>EATON (US) LLC, an Ohio limited liability company; and EATON CORPORATION, an Ohio Corporation;<br><br>Defendants. | 8:14CV129<br><br>ORDER |

    This matter is before the Court on the Findings and Recommendation (Filing No. 20) entered by United States Magistrate Judge F.A. Gossett. Also before the Court is the Motion for a More Definite Statement (Filing No. 7) filed by Defendants Eaton, LLC and Eaton Corporation (collectively "Defendants"), as well as the Motion to Remand (Filing No. 13) and Motion to Strike Index (Filing No. 17) filed by Plaintiff Frank C. Sommer ("Plaintiff"). Judge Gossett recommends that each of the Motions be denied. No party has filed an objection to Judge Gossett's Findings and Recommendation.

    The Court has conducted a de novo review of the pleadings, the Motion for a More Definite Statement, the Motion to Remand, and the Motion to Strike. Based on this review, the Court adopts Judge Gossett's well-reasoned Findings and Recommendations in their entirety, and each of the Motions will be denied. Accordingly,

    IT IS ORDERED:

    1.    The Findings and Recommendation (Filing No. 20) entered by United States Magistrate Judge F.A. Gossett, are adopted in their entirety;

    2.    Defendants' Motion for a More Definite Statement (Filing No. 7) is denied;

    3.    Plaintiff's Motion to Remand (Filing No. 13) is denied; and

4.       Plaintiff's Motion to Strike Index (Filing No. 17) is denied.

Dated this 22nd day of August, 2014.

                                    BY THE COURT:

                                    s/Laurie Smith Camp  
                                    Chief United States District Judge