IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FRANK C. SOMMER III,

          Plaintiff,

vs.

EATON (US) LLC, and
EATON CORPORATION,

          Defendants.

CASE NO. 8:14CV129

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal without Prejudice (Filing No. 22). The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved.

Accordingly,

IT IS ORDERED:

1. Plaintiff's Notice of Dismissal without Prejudice (Filing No. 22) is approved;

2. The above-captioned matter is dismissed without prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 3rd day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge